JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TANYA L. TAGLE,                                    )   Case No. CV 11-7093-SP
                              Plaintiff,           )
                                                   )   **JUDGMENT**
                v.                                 )
                                                   )
MICHAEL J. ASTRUE,                                 )
Commissioner of Social Security                    )
Administration,                                    )
                              Defendant.           )
_____ )

        IT IS HEREBY ADJUDGED that the decision of the Commissioner of the

Social Security Administration is **REVERSED** and this matter **REMANDED**,

pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative

proceedings consistent with the Court's Memorandum Opinion and Order filed

contemporaneously with the filing of this Judgment.


Dated: September 21, 2012

_____
SHERI PYM
United States Magistrate Judge